*53° new RMW*

1   PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2   Name _Dailey_    _Jason_    _A._    **FILED**
        (Last)         (First)        (Initial)

3   Prisoner Number _F-40917_                          JUL - 8 2008

4   Institutional Address _PO BOX 409060   Ione, Ca. 95640_   RICHARD W. WIEKING
                                                              CLERK, U.S. DISTRICT COURT
5                                                             NORTHERN DISTRICT OF CALIFORNIA

6   ================================================

7              UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

8   _Jason A. Dailey_                    )
    (Enter the full name of plaintiff in this action.)  )

9                                        )     CV  C 08   3287
                      vs.                )
10  _warden   M. Martel_                 )    (To be provided by the clerk of court)
                                         )
11  _____           )    PETITION FOR A WRIT
                                         )    OF HABEAS CORPUS
12  _____           )
                                         )         E-filing
13  _____           )
                                         )
14  (Enter the full name of respondent(s) or jailor in this action)  )
    _____)

15

16  ================================================
                Read Comments Carefully Before Filling In

17  When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1   Who to Name as Respondent

2          You must name the person in whose actual custody you are. This usually means the Warden or

3   jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4   you are imprisoned or by whom you were convicted and sentenced. These are not proper

5   respondents.

6          If you are not presently in custody pursuant to the state judgment against which you seek relief

7   but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8   custody you are now and the Attorney General of the state in which the judgment you seek to attack

9   was entered.

10  A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11         1. What sentence are you challenging in this petition?

12         (a)    Name and location of court that imposed sentence (for example; Alameda

13                County Superior Court, Oakland):

14         _Tehema County Superior court Red Bluff, Ca._

15                Court                              Location

16         (b)    Case number, if known  _NO. NCR 68704_

17         (c)    Date and terms of sentence _10-2-06 , 10 years_

18         (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                parole or probation, etc.)          Yes _X_    No _____

20                Where?

21                Name of Institution: _Mule Creek State Prison_

22                Address: _PO BOX 409060  Ione, Ca. 95640_

23         2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  _2 Counts  288 (A)  Lewd acts_

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:                             Yes _X_    No ____

    Preliminary Hearing:                  Yes _X_    No ____

    Motion to Suppress:                 Yes ____    No ____

4. How did you plead?

    Guilty _X_    Not Guilty ____    Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ____    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?               Yes ____    No _X_

7. Did you have an attorney at the following proceedings:

    (a)    Arraignment             Yes _X_    No ____

    (b)    Preliminary hearing      Yes _X_    No ____

    (c)    Time of plea             Yes _X_    No ____

    (d)    Trial                    Yes ____    No _X_

    (e)    Sentencing              Yes _X_    No ____

    (f)    Appeal                 Yes _X_    No ____

    (g)    Other post-conviction proceeding    Yes ____    No _X_

8. Did you appeal your conviction?         Yes ____    No _X_

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal            Yes ____    No ____

        Year: ____        Result: _____

        Supreme Court of California    Yes ____    No ____

        Year: ____        Result: _____

        Any other court           Yes ____    No ____

        Year: ____        Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS    - 3 -

1    petition?                                    Yes _____     No _____

2    (c)    Was there an opinion?                Yes _____     No _____

3    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                 Yes _____     No _____

5    If you did, give the name of the court and the result:

6    _____

7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?    Yes _____    No _X_

10    [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11    challenged the same conviction you are challenging now and if that petition was denied or dismissed

12    with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13    for an order authorizing the district court to consider this petition. You may not file a second or

14    subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15    U.S.C. §§ 2244(b).]

16    (a)    If you sought relief in any proceeding other than an appeal, answer the following

17    questions for each proceeding. Attach extra paper if you need more space.

18    I.    Name of Court: _____

19    Type of Proceeding: _____

20    Grounds raised (Be brief but specific):

21    a._____

22    b._____

23    c._____

24    d._____

25    Result: _____ Date of Result:_____

26    II.    Name of Court: _____

27    Type of Proceeding: _____

28    Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

III.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

IV.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes_____    No_X_

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS       - 5 -

2004 Supp. App. 14-B, p.29

1 | need more space. Answer the same questions for each claim.

2 | 　　　[Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 | 　　Claim One: _An upper and consecutive ~term~ violated Federal_

6 | _Rights, ● sixth and Fourteenth Amendments._

7 | Supporting Facts: _Rules of Cart established By_

8 | _Cunningham vs California_

9 |

10 |

11 | Claim Two:

12 |

13 | Supporting Facts:

14 |

15 |

16 |

17 | Claim Three:

18 |

19 | Supporting Facts:

20 |

21 |

22 |

23 | 　　　If any of these grounds was not previously presented to any other court, state briefly which

24 | grounds were not presented and why:

25 |

26 |

27 |

28 |

2004 Supp. App. 14-B, p.30

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

( Cunningham vs. California, supra, 549 U.S. at p. —, 127 S. Ct. at p. 856) (Black II, supra, 41 Cal. 4th at p. 816)

Do you have an attorney for this petition?                    Yes____    No _X_

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on ___7-3-08___                    _Jason Bailey___
                Date                              Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF TEHAMA

THE PEOPLE OF THE STATE OF CALIFORNIA,

                Plaintiff and Respondent,

VS.

        No. NCR68704
        3 CRIM C054754

JASON ALAN DAILEY,

        CLERK'S NOTICE OF
        FILING OF REMITTITUR

             Defendant and Appellant.

NOTICE IS HEREBY GIVEN that in the above-entitled matter the following has been had:

On April 16, 2008, there was received and filed in the above-entitled action the Remittitur stating therein that the opinion or decision, "The judgment is affirmed." which had been entered on January 22, 2008, by the Court of Appeal of the State of California, for the Third Appellate District, has now become final.

Dated:      **April 17, 2008**

IRENE RODRIGUEZ,
CLERK OF THE COURT

                            Deputy Clerk

and copies hereof to:
Tehama County District Attorney
Office of the State Attorney General
Jason Alan Dailey- CDC:  F-40917
Law Office of Athena Shudde
Central California Appellate Program



Dailey F409l7
SP Cym 166m
BOX 409060
e. Ca. 95640

USA FIRST CLASS

JUL 3 2008

Clerks of the u.s. District Court
450 Golden Gate Ave. Box 36060
San Francisco, Ca. 94102

RECEIVED
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7/3/08

James