Clerks                                    7-3-08

    Please advise me on how to get some kinda Council or please get me Council. Do to the sensativity of my Case I dont ask for help here and I ~~am~~ have no legal sense at all.

FILED

JUL 0 8 2008

Thank you.
Jason Dailey

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

J. Dailey F40917
MCSP CGym 166 m
PO BOX 409060
Ione, Ca. 95640