FILED
08 JUL 28 PM 1:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jason Dailey                    Plaintiff,

vs.

M. Martel (warden)              Defendant.

CASE NO. CV 08 3287 RMW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jason Dailey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes X  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross $70.00                    Net: $32.00

Employer: P.I.A. Mule Creek State prison

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Self employed_____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or              Yes ___ No _X_
10            self employment
11       b.   Income from stocks, bonds,           Yes ___ No _X_
12            or royalties?
13       c.   Rent payments?                       Yes ___ No _X_
14       d.   Pensions, annuities, or              Yes ___ No _X_
15            life insurance payments?
16       e.   Federal or State welfare payments,   Yes ___ No _X_
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.     Are you married?         Divorcing         Yes ___ No ___
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.     a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -


   b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

   _____

   _____

5. Do you own or are you buying a home?    Yes ___ No _X_

   Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No _X_

   Make _____ Year _____ Model _____

   Is it financed? Yes ___ No ___ If so, Total due: $ _____

   Monthly Payment: $ _____

7. Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)

   Name(s) and address(es) of bank: _____

   _____

   Present balance(s): $ _____

   Do you own any cash? Yes ___ No _X_ Amount: $ _____

   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ___

   _____

8. What are your monthly expenses?

   Rent: $ _____∅_____    Utilities: _____∅_____

   Food: $ _____∅_____    Clothing: _____∅_____

   Charge Accounts:

   | Name of Account | Monthly Payment | Total Owed on This Acct. |
   |---|---|---|
   | _____ | $ _____ | $ _____ |
   | _____ | $ _____ | $ _____ |
   | _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

   I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7-13-08_   _Jason Dailey_
DATE        SIGNATURE OF APPLICANT

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 07/16/08
                                                                                     PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                               MULE CREEK STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 16, 2008

ACCOUNT NUMBER : F40917                        BED/CELL NUMBER: CG000000000000166M
ACCOUNT NAME   : DAILEY, JASON ALAN                            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION        COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS   BALANCE

01/01/2008     BEGINNING BALANCE                                                        0.43
01/07 *VD50  INMATE-PAYROL DEC  2442                         21.83                     22.26
01/08  FC03  DRAW-FAC 3    C/1ST 2491                                      22.00        0.26
02/05 *VD50  INMATE-PAYROL JAN  2826                         27.00                     27.26
02/22  W502  POSTAGE CHARG PKG  3057                                       10.33       16.93
03/05 *VD50  INMATE-PAYROL FEB  3165                         28.08                     45.01
03/11  FC03  DRAW-FAC 3    C3RD 3236                                       45.00        0.01
03/12  DD30  CASH DEPOSIT  MLLST 3264                        18.00                     18.01
04/02 *VD50  INMATE-PAYROL MARCH 3531                        34.94                     52.95
04/08  FC03  DRAW-FAC 3    1ST/C 3644                                      52.00        0.95
05/05 *VD50  INMATE-PAYROL APRIL 4020                        33.03                     33.98
05/07  FC03  DRAW-FAC 3    C/1ST 4101                                      33.00        0.98
06/03 *VD50  INMATE-PAYROL MAY  4473                         13.62                     14.60
06/09 *DD30  CASH DEPOSIT  MR100 4542                        27.00                     41.60
06/10  FC03  DRAW-FAC 3    C/1ST 4548                                      41.00        0.60
07/02 *VD50  INMATE-PAYROL JUN  0039                         32.94                     33.54
07/08  FC03  DRAW-FAC 3    C/1ST 0111                                      33.00        0.54

                         *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/02/06                          CASE NUMBER: NCR68704
COUNTY CODE:    TEH                               FINE AMOUNT: $   1,600.00

 DATE        TRANS.  DESCRIPTION                          TRANS. AMT.       BALANCE

01/01/2008   BEGINNING BALANCE                                             1,361.76
01/07/08     VR50   RESTITUTION DEDUCTION-INDUSTRY          24.25-         1,337.51
02/05/08     VR50   RESTITUTION DEDUCTION-INDUSTRY          30.00-         1,307.51
03/05/08     VR50   RESTITUTION DEDUCTION-INDUSTRY          31.20-         1,276.31
```

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/02/06
COUNTY CODE: TEH

CASE NUMBER: NCR68704
FINE AMOUNT: $ 1,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 4/02/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 38.81- | 1,217.50 |
| 5/05/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 36.69- | 1,180.81 |
| 5/03/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 15.13- | 1,165.68 |
| 5/09/08 | DR30 | REST DED-CASH DEPOSIT | 30.00- | 1,135.68 |
| 7/02/08 | VR50 | RESTITUTION DEDUCTION-INDUSTRY | 36.60- | 1,099.08 |

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       \*

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.43 | 236.44 | 236.33 | 0.54 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
0.54

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-16-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

PCSP CGym 166 m
J Dailey F40417
PO Box 409060
Ione, Ca. 95640

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES